GEORGE L. PHARMER, an Infant, by GEORGE G. PHARMER, His Guardian ad Litem, et al., Respondents, v. GENUNG'S, INC., Appellant.—

No opinion. Present — Nolan, P. J., Johnston, Adel, MacCrate and Schmidt, JJ.